## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:03CR00020-001 SWW

KENDRICK LASHUN BANKHEAD

### ORDER

The above entitled cause came on for hearing on petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions[1] are granted, and the supervised release previously granted this defendant in the above matter hereby is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS AND ONE (1) DAY in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located at Forrest City, Arkansas.

Upon release from imprisonment, defendant shall serve a term of THREE (3) YEARS of supervised release, less the term of imprisonment, to be on the same terms and conditions as previously ordered in this matter.

---

[1] Docs. #172 and #179.

The balance of the restitution previously imposed in the amount of $19,342.70 is mandatory and remains due and payable, and is joint and several as previously ordered in this matter. During his incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the restitution owed. During his term in community confinement and supervised release, payments will be reduced to 10 percent per month of defendant's gross monthly income.

All other terms and conditions of supervised release previously imposed shall remain in full force and effect.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 27TH day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE